UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 05 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAN JOAQUIN GENERAL HOSPITAL, a division of the County of San Joaquin,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>FARZANA SHEIKH, M.D.,<br><br>        Defendant - Appellant. | No. 14-17322<br><br>D.C. No. 2:14-cv-01509-MCE-AC<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

The judgment of this Court, entered January 13, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:
                              Molly C. Dwyer
                              Clerk of Court

                              Synitha Walker
                              Deputy Clerk